IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Riojas, Felicia R | Case Number:  06 B 00624 |
| | Judge:  Wedoff, Eugene R |
| Printed: 03/17/09 | Filed:  1/24/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 8, 2009
Confirmed:  March 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 13,529.94 | |
| Secured: | | 1,682.27 |
| Unsecured: | | 8,708.23 |
| Priority: | | 0.00 |
| Administrative: | | 2,366.20 |
| Trustee Fee: | | 736.53 |
| Other Funds: | | 36.71 |
| Totals: | 13,529.94 | 13,529.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,366.20 | 2,366.20 |
| 2. | Harris N A | Secured | 1,682.27 | 1,682.27 |
| 3. | Asset Acceptance | Unsecured | 150.29 | 48.64 |
| 4. | Portfolio Recovery Associates | Unsecured | 2,431.90 | 861.82 |
| 5. | Rx Acquisitions | Unsecured | 292.49 | 100.34 |
| 6. | CACV Inc | Unsecured | 7,286.84 | 2,582.87 |
| 7. | Rx Acquisitions | Unsecured | 31.24 | 0.00 |
| 8. | Zenith Acquisition | Unsecured | 1,089.98 | 373.89 |
| 9. | United Collection Bureau Inc | Unsecured | 250.58 | 85.95 |
| 10. | Cavalry Portfolio Services | Unsecured | 10,281.18 | 3,643.38 |
| 11. | Vativ Recovery Solutions LLC | Unsecured | 349.79 | 123.95 |
| 12. | RoundUp Funding LLC | Unsecured | 2,504.09 | 887.39 |
| 13. | Mid America Bank | Secured | | No Claim Filed |
| 14. | American Credit Collection | Unsecured | | No Claim Filed |
| 15. | Aspire | Unsecured | | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 17. | Chase Bankcard Services | Unsecured | | No Claim Filed |
| 18. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 19. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 20. | Telecom USA | Unsecured | | No Claim Filed |
| 21. | Watermark Phys. | Unsecured | | No Claim Filed |
| | | | $ 28,716.85 | $ 12,756.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Riojas, Felicia R

Printed: 03/17/09

Case Number:  06 B 00624
Judge:  Wedoff, Eugene R
Filed:  1/24/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 116.48 |
| 5% | 54.36 |
| 4.8% | 155.49 |
| 5.4% | 238.77 |
| 6.5% | 152.28 |
| 6.6% | 19.15 |
| | $ 736.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

